UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| TYQUAWON DAVIS | : | CR. NO.  08-01-01 (FLW) |
| | : | 11-377-01(FLW) |
| | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this  18th  day of  April,  2016

ORDERED that the Federal Public Defender for the District of New Jersey, (BRIAN REILLY, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

*Freda L. Wolfson*

FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc:  Federal Public Defender